UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:16-cv-04578-CAS (MRWx) | Date | October 18, 2016 |
|---|---|---|---|
| Title | ANTHONY HERAS V. J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (Filed September 13, 2016, Dkt. 7)

On September 13, 2016, plaintiff, proceeding pro se, filed an application for leave, with which he lodged a Second Amended Complaint. Dkt. 7. Plaintiff's application was not filed as a properly noticed motion, however, on September 13, 2016, the Court issued a minute order construing plaintiff's application as a motion for leave to file a second amended complaint and set the matter for hearing on October 24, 2016. Dkt. 9. On September 26, 2016, defendant filed a notice of non-opposition to plaintiff's motion for leave and requested 30 days to respond to any amended complaint. Dkt. 10.

The Court finds this motion appropriate for decision without oral argument. Fed.R.Civ.P. 78; Local Rule 7–15. Accordingly, the hearing date of October 24, 2016, is vacated, and the matter is hereby taken under submission.

The Court is in receipt of plaintiff's *Ex Parte* Application For Continuance of Hearing and supporting documents thereto, filed on October 17, 2016. In light of the above, plaintiff's *Ex Parte* Application is denied as moot.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:16-cv-04578-CAS (MRWx) | Date | October 18, 2016 |
|---|---|---|---|
| Title | ANTHONY HERAS V. J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. | | |

Plaintiff's motion for leave to file a second amended complaint is **GRANTED**. The second amended complaint shall be deemed to be filed on October 18, 2016. Defendant is hereby granted **30 days** in which to respond to the second amended complaint.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |