ANTHONY HERAS
3966 W 6TH ST
LOS ANGELES, CA 90020
(213) 570-0170
HERASANTHONY@AOL.COM
In Pro Per

# United States District Court
# Central District of California

ANTHONY HERAS,

    Plaintiff,

vs.

CHASE BANK USA, N.A., INC. AND

JPMORGAN CHASE BANK N.A., INC.

    Defendants

Case No.: **2:16-cv-04578-CAS-MRW**

COMPLAINT FOR DAMAGES

Second Amended

## JURISDICTION

1. This court has jurisdiction under 28 U.S.C. Section 1331. Federal question jurisdiction arises pursuant to 42 U.S.C. section 1983. MY CASE BELONGS IN THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF THE STATE OF CALIFORNIA BECAUSE THE DEFENDANT CONDUCTS BUSINESS IN CALIFORNIA WHERE PLAINTIFF RESIDES. THIS IS THE RIGHT COURT TO FILE THIS CASE BECAUSE DEFENDANT CONDUCTS BUSINESS OR RESIDES IN CALIFORNIA. VENUE IS APPROPRIATE IN THIS COURT BECAUSE PLAINTIFF RESIDES IN CALIFORNIA AND DEFENDENT CONDUCTS BUSINESS IN CALIFORNIA.

## VENUE

2. Venue is proper pursuant to 28 U.S.C. section 1391 because the events giving rise to this complain happened in this district.

## PARTIES IN THIS COMPLAINT

### PLAINTIFF

3. Anthony Heras,

    3966 W 6th St,

    Los Angeles, CA 90020,

    213-570-0170

### DEFENDANTS

#### DEFENDANT 1:

4. CHASE BANK USA, N.A., INC.

    818 W 7TH ST, SUITE 950

    LOS ANGELES, CA 90017

    Incorporated in the state of Ohio and does business in California.

#### DEFENDANT 2:

5. JPMORGAN CHASE BANK, N.A., INC.

    818 W 7TH ST, SUITE 950,

    LOS ANGELES, CA 90017

    Incorporated in the state of Ohio and does business in California.

### STATEMENT OF FACTS AND CLAIMS

#### CLAIM I

6. On approximately June 3, 2015 Chase Bank USA, N.A. has agreed to compensate me, Anthony Heras, for a sum of $60,000 through written communication by mail for Chase Bank USA, N.A.'s

wrongful communication violations. (Fair Credit Reporting Act Section 617, Section 611(a)(1)(A), Section 609(a)(1)(A), Section 611(a)(1)(A) and Section 611(5)(A).)

## CLAIM II

7. Chase Bank USA, N.A. made three unauthorized inquiries to my credit report. I requested that Chase Bank USA, N.A. verify the validity of these inquiries. Chase Bank USA, N.A. did not validate the accurateness of the inquiries and did not remove the inquiries from my credit report. Unauthorized Inquiries have remained on credit report to this day. . (Fair Credit Reporting Act Section 617, Section 611(a)(1)(A), Section 609(a)(1)(A), Section 611(a)(1)(A) and Section 611(5)(A).)

## CLAIM III

8. Chase Bank USA, N.A. has obscured their identity to the public through various aliases. Chase Bank USA, N.A. is also known as J.P. Morgan Chase, J.P. Morgan Chase National Corporate Services, Inc., Chase Bank, Chase. When a customer visits their branch or calls them on the phone, the customer is served with all these assumed names. The sign posted on Chase Bank USA, N.A.'s various buildings reads "Chase" to include all their various aliases. When they issue their receipt to bank customers the receipt shows two different names - Chase and J.P. Morgan Chase printed on it. Chase Bank USA, N.A. has acted maliciously with regards to their true identity and this has made it almost impossible to discover their true identity and attempt to seek legal action against them. It holds true that they are Chase, Chase Bank, Chase Bank USA, J.P. Morgan Chase, JPMorgan Chase Bank, N.A., JP Morgan Chase & Co and J.P. Morgan Chase National Corporate Services, Inc. Their use of various names has made it extremely difficult for me to identify their correct identity in my complaint. This constitutes malicious actions and actions in bad faith of their part.

## DEMAND FOR RELIEF

9. WHEREFORE, The plaintiff requests:

1. Compensatory damages, including general and special damages.

2. Compensation of $240,075 from Chase Bank USA, N.A.

3. Negative items posted by Chase Bank USA, N.A. to be removed from plaintiff's credit reports.

4. Any further relief which the court may deem appropriate.

RESPECTFULLY SUBMITTED,
Dated this 13th day of September, 2016

Anthony Heras
Plaintiff in Pro Per

[Complaint for Damages] - 4