```
STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
KELLY COCHRAN (State Bar No. 305788)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310.556.5800
Facsimile:  310.556.5959
Email:      lacalendar@stroock.com
```

Attorneys for Defendant
 CHASE BANK USA, N.A. erroneously
 sued as CHASE BANK USA, N.A., INC.
 and JPMORGAN CHASE BANK N.A, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERAS, <br><br> Plaintiff, <br><br> vs. <br><br> CHASE BANK USA, N.A., INC. and JPMORGAN CHASE BANK N.A., INC., <br><br> Defendants. | Case No.  2:16-cv-04578-CAS-MRW <br><br> [Assigned to the Honorable Christina A. Snyder] <br><br> **[PROPOSED]** ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF CHASE BANK USA, N.A. WITH PREJUDICE <br><br> [Stipulated Request for Dismissal filed concurrently] <br><br> Action Filed:  May 18, 2016 |

## **[PROPOSED]** ORDER

Pursuant to the stipulated request for dismissal filed by Plaintiff and Chase Bank USA, N.A., erroneously sued as Chase Bank USA, N.A., Inc. and JPMorgan Chase Bank, N.A., Inc. ("Chase"), Chase is hereby dismissed with prejudice.  IT IS SO ORDERED.

Date: January 12, 2017      By: _/s/ Christina A. Snyder_
                                Hon. Christina A. Snyder
                                United States District Judge